IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BRADY, | No. CIV S-0602298-DFL-CMK |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATIONS |
| MIKE KEPLER, et al., | |
| Defendants. | |
| _____/ | |

  Plaintiff, who is proceeding pro se, brings this civil action arising from the seizure and sale of longhorn cattle by agents of the Bureau of Land Management and the Department of the Interior.  On October 20, 2006, the court determined that service was appropriate for the individually named defendants – Kepler and Mauck – and directed plaintiff to submit documents for service by the United States Marshal.  Plaintiff submitted the required documents on May 5, 2007.

  In his complaint, plaintiff names two federal agencies – the Bureau of Land Management and the Department of the Interior – as defendants.  The allegations in the complaint, however, concern the actions of the individual defendants, who are alleged to be employees of the agency defendants.  There are no specific allegations concerning the agencies.

1

1 Moreover, sovereign immunity generally shields the federal government and its agencies from
2 suit.  See FDIC v. Meyer, 510 U.S. 471, 475 (1994).  This immunity extends to the individual
3 defendants to the extent plaintiff sues them in their official capacities as employees of the agency
4 defendants.  For these reasons, the court finds that dismissal of the federal agency defendants is
5 appropriate.  This action should proceed as against the individual defendants in their individual
6 capacities only.

7      Based on the foregoing, the undersigned recommends that defendants Bureau of
8 Land Management and Department of the Interior be dismissed from this action.

9      These findings and recommendations are submitted to the United States District
10 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days
11 after being served with these findings and recommendations, any party may file written
12 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
13 Findings and Recommendations."  Failure to file objections within the specified time may waive
14 the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

16 DATED:  June 7, 2007.

            **CRAIG M. KELLISON**
            UNITED STATES MAGISTRATE JUDGE