**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BILL BRADY, | No. CIV S-06-2298-RRB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MIKE KELPER, et al., | |
| Defendants. | |
| _____/ | |

Pursuant to the court's order issued on May 30, 2007, a scheduling conference was set in this matter for September 18, 2007, at 10:00 a.m. before the undersigned. The parties were directed to submit separate scheduling conference statements seven days prior to the scheduling conference. Due to a conflict in the court's calendar, the scheduling conference is hereby re-set to September 25, 2007, at 10:00 a.m. The location remains the same. The parties shall file scheduling conference statements by September 18, 2007, consistent with the requirements set forth in the court's May 30, 2007, order.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for September 18, 2007, is re-set to September 25, 2007, at 10:00 a.m. before the undersigned; and

2. The parties shall file scheduling conference statements which comply with the requirements set forth in the court's May 30, 2007, order no later than September 18, 2007.

DATED: July 25, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE