IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BRADY, | No. CIV S-06-2298-RRB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MIKE KELPER, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, proceeding pro se, brings this civil action regarding seizure of cattle. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      An initial scheduling conference was held on September 25, 2007 at 10:00 a.m. Plaintiff Bill Brady appeared in person. United States Assistant Attorney E. Robert Wright appeared telephonically.

      No appearance has been made by the two individual defendants in this case, Mike Kelper and Ralph Mauck. Waivers of service were mailed to the these two defendants on May 15, 2007. The waivers have not been returned. The United States Attorney was served on September 17, 2007. The United States Attorney's Office will be afforded the opportunity to file

a responsive pleading on behalf of the defendants within twenty days.  If said responsive pleading on behalf of defendants Kelper and Mauck is not filed within this time, the United States Marshal will be directed to personally serve the defendants and the defendants will be ordered to pay the costs associated with such service.

Once all defendants have appeared in this matter, a new status conference will be set in this matter.  The parties will also be directed to file status conference statements at that time.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States Attorney is allowed twenty (20) days in which to file a responsive pleading on behalf of defendants Kelper and Mauck;

2. If no responsive pleading is filed on behalf of defendants Kelper and Mauck within twenty (20) days of the date, the United States Marshal will be directed to personally serve the defendants and the defendants will be ordered to pay the costs associated with such service;

3. A status conference will be set once all defendants have appeared; and

4. The Clerk of the Court is directed to serve a copy of this order on the individual defendants Kelper and Mauck.

DATED: October 1, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE