IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BRADY, | No. CIV S-06-2298-RRB-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| MIKE KELPER, et al., | |
|     Defendants. | |

Plaintiff, proceeding pro se, brings this civil action regarding seizure of cattle. Pursuant to Eastern District of California Local Rule 78-230(h), the hearing on the motion to dismiss (Doc. 25), scheduled for January 15, 2008, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs.

IT IS SO ORDERED.

DATED: January 11, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1