IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BRADY, | No. CIV S-06-2298-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| MIKE KELPER, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, proceeding pro se, brings this civil action regarding seizure of cattle. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On June 11, 2007, the magistrate judge filed findings and recommendations herein (Doc. 10) recommending that defendants Bureau of Land Management and Department of the Interior be dismissed from the action. The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within 20 days. No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1 | Accordingly, IT IS HEREBY ORDERED that:
2 |     1. The findings and recommendations (Doc 10) filed June 11, 2007, are
3 | adopted in full;
4 |     2. Defendants Bureau of Land Management and Department of the Interior
5 | are hereby dismissed from this action;
6 |     3. This action shall proceed against defendants Kepler and Mauck only; and
7 |     4. This matter is referred back to the magistrate judge for further
8 | proceedings.

DATED: 9/24/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE