IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BRADY, | No. CIV S-06-2298-RRB-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| MIKE KELPER, et al., | |
|     Defendants. | |
| _____ / | |

      Plaintiff, proceeding pro se, brings this civil action regarding seizure of cattle. On September 4, 2008, plaintiff filed a motion to proceed with his case (Doc. 41) and noticed a hearing for October 1, 2008.

      On November 9, 2007, the defendants filed a motion to dismiss, which plaintiff opposed. On July 25, 2008, the undersigned issued findings and recommendations that defendants' motion be denied. The time for objecting to those findings and recommendations has passed. This matter is now before the district judge.

      Plaintiff is advised that because this matter is before the district judge on the motion to dismiss, no action will occur until the district judge has issued an order regarding the motion to dismiss. If the district judge issues an order adopting the findings and

recommendations to deny the motion to dismiss, this case will then proceed. At that time, a scheduling conference will be set before the undersigned to set a schedule for litigating this case. If the district judge issues an order granting defendant's motion to dismiss, then this action will be dismissed and no further proceeding will be scheduled.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed with this case is denied, and no hearing will be held on this matter.

DATED: September 26, 2008

                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE