IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BRADY, | No. CIV S-06-2298-JAM-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| MIKE KUYPER, et al., | |
|     Defendants. | |
|                                / | |

        Plaintiff, proceeding pro se, brings this civil action regarding seizure of cattle. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On July 25, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    The findings and recommendations filed July 25, 2008, are adopted in full;

2. Defendants' motion to dismiss (Doc. 25) is granted in part and denied in part;

3. Defendants' motion to dismiss is granted as to any attempted tort claims;

4. Defendants' motion to dismiss is denied as to plaintiff's <u>Bivens</u>[1] claim;

5. Defendants' motion to dismiss on the grounds of qualified immunity is denied;

6. This action will proceed against the individual defendants in their individual capacity only; and

7. This matter is referred back to the magistrate judge for further proceedings.

DATED: 12/19/2008

/s/ John A. Mendez
U. S. DISTRICT JUDGE

---

[1] See <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).